UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOANG NAM DIEN, ) <br> ) <br> Defendant. ) <br> ) | Case No. C04-116-TSZ-003 <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on May 12, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Ron Friedman, and defendant was represented by Peter Mazzone. Also present was U.S. Probation Officer Todd Sanders. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on August 27, 2004 by the Honorable Thomas S. Zilly for Conspiracy to Distribute MDMA (Ecstasy). He received 51months of imprisonment and 3 years of supervised release.

///

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated February 9, 2009, U.S. Probation Officer Michael J. Larson alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of assault/domestic violence on or about October 30, 2008, in violation of the mandatory condition requiring he not commit another federal, state, or local crime.

2. Failing to report to the probation office for drug testing as instructed on December 2, 2008, January 13, 2009, January 21, 2009, and February 7, 2009, in violation of the special condition requiring he participate as instructed in a program approved by the probation office for treatment of narcotic addiction, drug dependency or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs and alcohol.

3. Failing to work regularly at a lawful occupation since December 3, 2008, unless excused by the probation officer for schooling, training, or other acceptable reasons in violation of standard condition number five.

4. Failing to follow the instruction of the probation office since December 3, 2008, in violation of standard condition number three.

5. Failing to report for substance abuse treatment at Pioneer Adult Counseling Services since December 30, 2008 in violation of the special condition requiring he participate as instructed in a program approved by the probation office for treatment of narcotic addiction, drug dependency or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs and alcohol.

6. Failing to submit a truthful and complete written report for the months of December

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2

2008 and January 2009, in violation of standard condition number two.

7. Failing to report to the probation officer as instructed on January 16, 2009, and February 3, 2009, in violation of standard condition number two.

Defendant admitted to violations 1, 2, 5, 6, and 7, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing June 11, 2009 at 1:30 p.m. before District Judge Thomas S. Zilly. The United States agreed to dismiss violations 3 and 4.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 12th day of May, 2009.

/s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge